# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KRISTINA QUARLES
ADC #760441                                                                 PLAINTIFF

V.                    CASE NO: 5:14CV00302 BSM

J. BRIGGS et al.                                                           DEFENDANTS

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for a transfer [Doc. No. 3] is denied as moot.

DATED this 9th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE