**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KRISTINA QUARLES**                                                                **PLAINTIFF**
**ADC #760441**

v.                   **CASE NO. 5:14CV00302 BSM**

**JULIA BRIGGS et al.**                                                      **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge H. David Young and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, it is concluded that the PRD should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The motion for summary judgment filed by defendants Edward Adams, Julia Briggs, and Tasha Clark [Doc. No. 41] is granted, Quarles's claims against Adams and Clark, and her claims against Briggs in her official capacity only, are dismissed with prejudice.

2. Defendants Adams and Clark are dismissed as parties.

3. Quarles's motion for a directed verdict [Doc. No. 32] and Briggs's motion to dismiss [Doc. No. 47] are denied.

IT IS SO ORDERED this 12th day of March 2015.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE