IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KRISTINA QUARLES**                                                                              **PLAINTIFF**
**ADC #760441**

v.                              CASE NO. 5:14CV00302 BSM

**JULIA BRIGGS**                                                                                   **DEFENDANT**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Jerry W. Cavaneau and defendant's Julia Briggs's objections thereto have been reviewed. After a careful consideration of these documents and a *de novo* review of the record, the PRD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that Briggs's motion to dismiss [Doc. No. 72] is denied.

IT IS SO ORDERED this 18th day of August 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE