IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KRISTINA QUARLES                                              PLAINTIFF

v.                      CASE NO. 5:14-CV-00302 BSM

JULIA BRIGGS, et al.                                    DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 126] submitted by United States Magistrate Judge Patricia S. Harris have been received. Plaintiff Kristina Quarles has not submitted objections. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, Quarles's complaint is dismissed without prejudice for failure to prosecute. It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 8th day of May 2017.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE